FILED

2025 Mar-13  AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

# ALABAMA SJIS CASE DETAIL

 alacourt.com

County: **01**     Case Number: **CV-2025-900866.00**     Court Action:

Style: **ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL**

**Real Time**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **01-JEFFERSON - BIRMINGHAM** | Case Number: | **CV-2025-900866.00** | Judge: | **PJB:PAT BALLARD** |
| Style: | **ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL** | | | | |
| Filed: | **03/06/2025** | Case Status: | **ACTIVE** | Case Type: | **PRODUCTS LIABILITY** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **7** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | **:** | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **03/06/2025** | Updated By: | **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - MONROE ELLIOTT BRITTON

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **MONROE ELLIOTT BRITTON** | | Type: | **I-INDIVIDUAL** |
| Index: | **D COLSEN FIRE** | Alt Name: | | Hardship: | **No** | JID: | **PJB** |
| Address 1: | **41 FAIRWAY RD** | | | Phone: | **(205) 000-0000** | |

Address 2:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35213-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | **M** | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | | Reissue: | | Reissue Type: |
| Return: | Return Type: | | Return: | | Return Type: |
| Served: | Service Type | | Service On: | | Served By: / Notice of No Answer: |
| Answer: | Answer Type: | | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | RIL014 | | RILEY RICHARD JON | **RRILEY@MRBLAW.COM** | (205) 879-1981 |
| Attorney 2 | MAR020 | | MARSH DAVID HALL | **DMARSH@MRBLAW.COM** | (205) 879-1981 |
| Attorney 3 | MAU017 | | MAUZY JANE FULTON | **JMAUZY@MRBLAW.COM** | (205) 879-1981 |

## Party 2 - Defendant BUSINESS - COLSEN FIRE PITS LLC

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **COLSEN FIRE PITS LLC** | | | Type: | **B-BUSINESS** |
| Index: | **C MONROE ELLIO** | Alt Name: | | Hardship: | **No** | JID: | **PJB** |
| Address 1: | **C/O NA REG AGNT** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **7901 FOURTH ST N, #300** | | | | | | |
| City: | **ST. PETERSBURG** | State: | **FL** | Zip: | **33702-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **03/11/2025** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Served By: / Notice of No Answer: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - GUSAR LLC

## Party Information

| | | | |
|---|---|---|---|
| Party: | **D002-Defendant** | Name: | **GUSAR LLC** | Type: | **B-BUSINESS** |
| Index: | **C MONROE ELLIO** | Alt Name: | | | |
| | | | Hardship: | **No** | JID: | **PJB** |
| Address 1: | **C/O GUSTAVO PANTIN-REGAGT** | | Phone: | **(205) 000-0000** |
| Address 2: | **4777 NW SEVENTY-SECOND AV** | | | |
| City: | **MIAMI** | State: | **FL** | Zip: | **33166-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **03/11/2025** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 4 - Defendant BUSINESS - NIKL PARTNERS LLC

## Party Information

| | | | |
|---|---|---|---|
| Party: | **D003-Defendant** | Name: | **NIKL PARTNERS LLC** | Type: | **B-BUSINESS** |
| Index: | **C MONROE ELLIO** | Alt Name: | | | |
| | | | Hardship: | **No** | JID: | **PJB** |
| Address 1: | **C/O NW REG AGT** | | Phone: | **(205) 000-0000** |
| Address 2: | **7901 FOURTH ST N #300** | | | |
| City: | **ST. PETERSBURG** | State: | **FL** | Zip: | **33702-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **03/11/2025** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 5 - Defendant BUSINESS - AMAZON.COM INC.

### Party Information

| | | | |
|---|---|---|---|
| Party: | **D004-Defendant** | Name: | **AMAZON.COM INC.** | Type: | **B-BUSINESS** |

Party: **D004-Defendant**   Name: **AMAZON.COM INC.**   Type: **B-BUSINESS**

Index: **C MONROE ELLIO**   Alt Name:   Hardship: **No**   JID: **PJB**

Address 1: **C/O CORPORATION SVC CO**   Phone: **(205) 000-0000**

Address 2: **300 DESCHUTES WAY SW #208**

City: **TUMWATER**   State: **WA**   Zip: **98501-0000**   Country: **US**

SSN: **XXX-XX-X999**   DOB:   Sex:   Race:

### Court Action

Court Action:   Court Action Date:

Amount of Judgement: **$0.00**   Court Action For:   Exemptions:

Cost Against Party: **$0.00**   Other Cost: **$0.00**   Date Satisfied:

Comment:   Arrest Date:

Warrant Action Date:   Warrant Action Status:   Status Description:

### Service Information

Issued: **03/11/2025**   Issued Type: **C-CERTIFIED MAIL**   Reissue:   Reissue Type:

Return:   Return Type:   Return:   Return Type:

Served:   Service Type:   Service On:   Notice of No Answer:   Served By:

Answer:   Answer Type:   Notice of No Service:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 6 - Defendant BUSINESS - AMAZON PAYMENTS INC

### Party Information

Party: **D005-Defendant**   Name: **AMAZON PAYMENTS INC**   Type: **B-BUSINESS**

Index: **C MONROE ELLIO**   Alt Name:   Hardship: **No**   JID: **PJB**

Address 1: **C/O CORPORATION SVC CO**   Phone: **(205) 000-0000**

Address 2: **641 SO LAWRENCE ST**

City: **MONTGOMERY**   State: **AL**   Zip: **36104-0000**   Country: **US**

SSN: **XXX-XX-X999**   DOB:   Sex:   Race:

### Court Action

Court Action:   Court Action Date:

Amount of Judgement: **$0.00**   Court Action For:   Exemptions:

Cost Against Party: **$0.00**   Other Cost: **$0.00**   Date Satisfied:

Comment:   Arrest Date:

Warrant Action Date:   Warrant Action Status:   Status Description:

### Service Information

Issued: **03/11/2025**   Issued Type: **C-CERTIFIED MAIL**   Reissue:   Reissue Type:

Return:   Return Type:   Return:   Return Type:

Served:   Service Type:   Service On:   Notice of No Answer:   Served By:

Answer:   Answer Type:   Notice of No Service:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 7 - Defendant BUSINESS - AMAZON.COM SERVICES LLC

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **D006-Defendant** | Name: | **AMAZON.COM SERVICES LLC** | | Type: | **B-BUSINESS** |
| Index: | **C MONROE ELLIO** | Alt Name: | | Hardship: **No** | JID: | **PJB** |
| Address 1: | **C/O CORPORATION SVC CO** | | | Phone: | **(205) 000-0000** | |
| Address 2: | **641 SO LAWRENCE ST** | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: | |

### Court Action

Court Action:                                        Court Action Date:
Amount of Judgement:  **$0.00**         Court Action For:         Exemptions:
Cost Against Party:  **$0.00**            Other Cost:  **$0.00**    Date Satisfied:
Comment:                                              Arrest Date:
Warrant Action Date:                     Warrant Action Status:    Status Description:

### Service Information

Issued:  **03/11/2025**  Issued Type:  **C-CERTIFIED MAIL**    Reissue:              Reissue Type:
Return:              Return Type:                 Return:              Return Type:
Served:              Service Type:                Service On:          Notice of No Answer:  Served By:
Answer:              Answer Type:                 Notice of No Service:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 8 - Defendant BUSINESS - AMAZON.COM SALES INC.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **D007-Defendant** | Name: | **AMAZON.COM SALES INC.** | | Type: | **B-BUSINESS** |
| Index: | **C MONROE ELLIO** | Alt Name: | | Hardship: **No** | JID: | **PJB** |
| Address 1: | **C/O CORPORATION SVC CO** | | | Phone: | **(205) 000-0000** | |
| Address 2: | **641 SO LAWRENCE ST** | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: | |

### Court Action

Court Action:                                        Court Action Date:
Amount of Judgement:  **$0.00**         Court Action For:         Exemptions:
Cost Against Party:  **$0.00**            Other Cost:  **$0.00**    Date Satisfied:
Comment:                                              Arrest Date:
Warrant Action Date:                     Warrant Action Status:    Status Description:

### Service Information

Issued:  **03/11/2025**  Issued Type:  **C-CERTIFIED MAIL**    Reissue:              Reissue Type:
Return:              Return Type:                 Return:              Return Type:
Served:              Service Type:                Service On:          Notice of No Answer:  Served By:
Answer:              Answer Type:                 Notice of No Service:

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC - CERT- AOC | C001 | | $78.82 | $78.82 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV - CONV FEE | C001 | | $21.24 | $21.24 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD - JURY DEMAND | C001 | | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $551.06 | $551.06 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2025 | RECEIPT | AOCC - CERT- AOC | 2025110 | 41091200 | $78.82 | C001 | 000 | Credit Card | N | | | DOG |
| 03/07/2025 | CREDIT | CONV - CONV FEE | 2025110 | 41091300 | $21.24 | C001 | 000 | Cash | N | | | DOG |
| 03/07/2025 | RECEIPT | CV05 - CV OVER $50K | 2025110 | 41091400 | $306.00 | C001 | 000 | Credit Card | N | | | DOG |
| 03/07/2025 | RECEIPT | JDMD - JURY DEMAND | 2025110 | 41091500 | $100.00 | C001 | 000 | Credit Card | N | | | DOG |
| 03/07/2025 | RECEIPT | VADM - VADM FEE | 2025110 | 41091600 | $45.00 | C001 | 000 | Credit Card | N | | | DOG |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 3/6/2025 | 2:56 PM | ECOMP | COMPLAINT E-FILED. | RIL014 |
| 3/6/2025 | 2:59 PM | FILE | FILED THIS DATE: 03/06/2025          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | ASSJ | ASSIGNED TO JUDGE: PAT BALLARD          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 3/6/2025 | 2:59 PM | C001 | C001 PARTY ADDED: MONROE ELLIOTT BRITTON    (AV02) | AJA |
| 3/6/2025 | 2:59 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/6/2025 | 2:59 PM | C001 | LISTED AS ATTORNEY FOR C001: RILEY RICHARD JON | AJA |
| 3/6/2025 | 2:59 PM | C001 | LISTED AS ATTORNEY FOR C001: MARSH DAVID HALL | AJA |
| 3/6/2025 | 2:59 PM | C001 | LISTED AS ATTORNEY FOR C001: MAUZY JANE FULTON | AJA |
| 3/6/2025 | 2:59 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 3/6/2025 | 2:59 PM | D001 | D001 PARTY ADDED: COLSEN FIRE PITS LLC     (AV02) | AJA |
| 3/6/2025 | 2:59 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 3/6/2025 | 2:59 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | AJA |
| 3/6/2025 | 3:00 PM | D001 | CERTIFIED MAI ISSUED: 03/06/2025 TO D001    (AV02) | AJA |
| 3/6/2025 | 3:00 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 3/6/2025 | 3:00 PM | D002 | D002 PARTY ADDED: GUSAR LLC          (AV02) | AJA |
| 3/6/2025 | 3:00 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |

| | | | | | |
|---|---|---|---|---|---|
| 3/6/2025 | 3:00 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE     (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D002 | CERTIFIED MAI ISSUED: 03/06/2025 TO D002   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D003 | D003 PARTY ADDED: NIKL PARTNERS LLC      (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE       (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D003 | CERTIFIED MAI ISSUED: 03/06/2025 TO D003   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D003 | D003 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D004 | D004 PARTY ADDED: AMAZON.COM INC.        (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D004 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE       (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D004 | CERTIFIED MAI ISSUED: 03/06/2025 TO D004   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D004 | D004 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D005 | D005 PARTY ADDED: AMAZON PAYMENTS INC     (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D005 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE       (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D005 | CERTIFIED MAI ISSUED: 03/06/2025 TO D005   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D005 | D005 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D006 | D006 PARTY ADDED: AMAZON.COM SERVICES LLC   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D006 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE       (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D006 | CERTIFIED MAI ISSUED: 03/06/2025 TO D006   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D006 | D006 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D007 | D007 PARTY ADDED: AMAZON.COM SALES INC.     (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D007 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D007 | LISTED AS ATTORNEY FOR D007: PRO SE       (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D007 | CERTIFIED MAI ISSUED: 03/06/2025 TO D007   (AV02) | | AJA |
| 3/6/2025 | 3:00 PM | D007 | D007 E-ORDER FLAG SET TO "Y"          (AV02) | | AJA |
| 3/11/2025 | 11:42 AM | D001 | CERTIFIED MAI ISSUED: 03/10/2025 TO D001   (AV02) | | KAD |
| 3/11/2025 | 11:42 AM | D001 | CERTIFIED MAI ISSUED: 03/11/2025 TO D001   (AV02) | | KAD |
| 3/11/2025 | 11:42 AM | D002 | CERTIFIED MAI ISSUED: 03/11/2025 TO D002   (AV02) | | KAD |
| 3/11/2025 | 11:42 AM | D003 | CERTIFIED MAI ISSUED: 03/11/2025 TO D003   (AV02) | | KAD |
| 3/11/2025 | 11:42 AM | D004 | CERTIFIED MAI ISSUED: 03/11/2025 TO D004   (AV02) | | KAD |
| 3/11/2025 | 11:42 AM | D005 | CERTIFIED MAI ISSUED: 03/11/2025 TO D005   (AV02) | | KAD |
| 3/11/2025 | 11:43 AM | D006 | CERTIFIED MAI ISSUED: 03/11/2025 TO D006   (AV02) | | KAD |
| 3/11/2025 | 11:43 AM | D007 | CERTIFIED MAI ISSUED: 03/11/2025 TO D007   (AV02) | | KAD |
| 3/11/2025 | 12:03 PM | ESCAN | SCAN - FILED 3/11/2025 - NOTICE | | KAD |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 3/6/2025 2:56:45 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 3/6/2025 2:56:46 PM | 2 | COMPLAINT | | 10 |
| 3/6/2025 2:56:47 PM | 3 | INTERROGATORIES(R33) | First Discovery to All Defendants | 3 |
| 3/6/2025 3:00:43 PM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 3/6/2025 3:00:45 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 7 |
| 3/11/2025 12:03:27 PM | 6 | NOTICE | TO CLERK | 9 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
3/6/2025 2:56 PM
01-CV-2025-900866.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>01<br><br>Date of Filing:<br>03/06/2025    Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELLIOTT BRITTON MONROE v. COLSEN FIRE PITS LLC ET AL

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other    ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☑ TOPL   - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:    F** ☑ **INITIAL FILING**    **A** ☐ **APPEAL FROM DISTRICT COURT**    **O** ☐ **OTHER**

**R** ☐ **REMANDED**    **T** ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **YES** ☐ **NO**    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

| RIL014 | 3/6/2025 2:56:44 PM | /s/ RICHARD J. RILEY |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**    ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☐ NO

ELECTRONICALLY FILED
3/6/2025 2:56 PM
01-CV-2025-900866.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| ELLIOTT BRITTON MONROE | ) |
| | ) Jury Trial Demanded |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| GUSAR L.L.C. | ) |
| FIRE PITS L.L.C. | ) |
| NIKL PARTNERS L.L.C. | ) |
| AMAZON.COM INC. | ) |
| AMAZON PAYMENTS INC. | ) |
| AMAZON.COM SERVICES L.L.C. | ) |
| AMAZON.COM SALES INC. | ) |

No.1, whether singular or plural, the person or entity that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe

No.2, whether singular or plural, the person or entity that undertook to provide instructions and/or warnings for using said fire pit

No.3, whether singular or plural, the person or entity that undertook to test, inspect, or certify said fire pit

No.4, whether singular or plural, the person or entity that purchased (1) the product line of the fire pit that burned Elliott Britton Monroe and/or (2) any business that had previously purchased said product line

No.5, whether singular or plural, the person or entity that assumed the liabilities and/or was the successor of the business that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe

No.6, whether singular or plural, the person or entity that assumed the liabilities and/or was the successor of any of the named or fictitious party defendants

No.7, whether singular or plural, the person or entity that was the predecessor of any of the named or fictitious party defendants )

)

Defendants )


COMPLAINT


Comes now the plaintiff, Elliott Britton Monroe, who alleges the following facts, asserts the following causes of action, and claims the following damages from the defendants, Gusar L.L.C., Colsen Fire Pits L.L.C., NIKL Partners L.L.C., Amazon.com Inc., Amazon Payments Inc., Amazon.com Services L.L.C., Amazon.com Sales Inc., and Fictitious Party Defendants No.1, No.2, No.3, No.4, No.5, No.6, and No.7.

-1-

Parties, Jurisdiction and Venue

1. The plaintiff, Elliott Britton Monroe, is over the age of 19. He is a citizen of the State of Alabama and resides in the Birmingham Division of Jefferson County. At all times relevant to this complaint, he was a resident citizen of Alabama.

2. The defendant, Gusar L.L.C. ("Gusar"), is a foreign limited liability company.

3. The defendant, Colsen Fire Pits L.L.C. ("Colsen"), is a foreign limited liability company.

4. The defendant, NIKL Partners L.L.C. ("NIKL"), is a foreign limited liability company.

5. The defendant, Amazon.com Inc., is a foreign corporation.

6. The defendant, Amazon Payments Inc., is a foreign corporation.

7. The defendant, Amazon.com Services L.L.C., is a foreign limited liability company.

8. The defendant, Amazon.com Sales Inc., is a foreign corporation.

9. The four defendants, Amazon.com Inc., Amazon Payments Inc., Amazon.com Services L.L.C., and Amazon.com Sales Inc., are hereinafter collectively referred to as "Amazon."

10. Fictitious Party Defendant No.1, whether singular or plural, No.1, is the person or entity that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe.

11. Fictitious Party Defendant No.2, whether singular or plural, is the person or entity that undertook to provide instructions and/or warnings for using said fire pit.

12. Fictitious Party Defendant No.3, whether singular or plural, is the person or entity that undertook to test, inspect, or certify said fire pit.

13. Fictitious Party Defendant No.4, whether singular or plural, is the person or entity that purchased (1) the product line of the fire pit that burned Elliott Britton Monroe and/or (2) any business that had previously purchased said product line.

14. Fictitious Party Defendant No.5, whether singular or plural, is the person or entity that assumed the liabilities and/or was the successor of the business that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe.

15. Fictitious Party Defendant No.6, whether singular or plural, is the person or entity that assumed the liabilities and/or was the successor of any of the named or fictitious party defendants.

16. Fictitious Party Defendant No.7, whether singular or plural, is the person or entity that was the predecessor of any of the named or fictitious party defendants.

-2-

17. All references to "Defendants" in this complaint include all named and all fictitious party defendants.

18. At all times relevant to this complaint, Defendants purposefully directed their business activities towards the State of Alabama, they derived substantial profits from their business activities in the State of Alabama, and the fire pit they designed, manufactured, sold, distributed, and/or marketed made the basis of this suit foreseeably flowed through the stream of commerce into Alabama.

19. The matter in controversy exceeds $20,000.00 exclusive of costs.

Some Facts

20. Tabletop fire pits are often made out of concrete and fueled by colorless flammable liquids like ethanol and isopropyl alcohol because both fuels are clean-burning and create a smokeless flame. Flames from fuels like alcohol can be invisible. Flame jetting is a serious event that can occur while refilling and/or attempting to refill a tabletop fire pit reservoir because the flame in the fire pit may appear to be fully extinguished when in fact it is not. The U.S. Consumer Product Safety Commission ("CPSC") defines flame jetting as "a phenomenon where an external ignition source -- such as an open flame -- causes a sudden ignition of fuel within a container and forcefully expels burning vapor and liquid from the mouth of the container, resulting in a blowtorch-like effect." According to Health Canada, a flame jetting occurrence is unexpected and occurs in a fraction of a second, making it impossible for the user and/or bystander to react quickly enough to move away from a flame jet, resulting in serious injuries and even fatalities. As early as 2019, Health Canada began collaborating with the CPSC to set safety standards to address flame jetting, specifically safety standards related to fire pits and flame mitigation devices on disposable fuel containers.

21. A flame arrestor is an important and necessary flame mitigation device. The purpose of a flame arrestor is to prevent flame jetting. Flame arrestors resemble a screen that is built into a container's opening, allowing liquid to flow out while at the same time reducing the chance that a flame outside the container can travel back into and/or near the container and cause flame jetting. By at least 2019, it was known in the industry that fuel containers without flame arrestors should not be utilized to refuel tabletop fire pits. It was also known that isopropyl alcohol is commonly referred to as rubbing alcohol and, due to its standard uses, rubbing alcohol containers typically do not have a flame arrestor.

22. Despite this knowledge, the Defendants identified isopropyl alcohol as a proper fuel source and informed their customers that isopropyl alcohol is an acceptable burning fuel.

23. Elliott Britton Monroe was the owner of a rectangular concrete tabletop fire pit designed and manufactured by Defendants. The fire pit was purchased from Amazon through its website on or about November 27, 2022. The product was identified as "Colsen Gray Rectangular Tabletop Fire Pit." The order identification number was 112-4686153-5898601. The Defendants provided instructions and recommendations that isopropyl alcohol be used as fuel for the fire pit.

-3-

24. But the instructions and recommendations provided by the Defendants did not mention the terms "flame jetting" or "flame arrestor." Nor did they: (1) describe flame jetting or its severe and potentially fatal consequences; (2) warn of the risk of flame jetting when refueling the fire pit; (3) warn that vapors from Isopropyl alcohol are invisible and dangerous; (4) warn that isopropyl alcohol produces flames that can be invisible and/or not readily seen, making it hard and/or impossible to determine whether a flame is fully extinguished, thereby increasing the risk of flame jetting; (5) instruct and/or warn that fuel, including Isopropyl alcohol, should only be poured into the fire pit from a bottle and/or container equipped with a flame arrestor; and (6) advise and/or warn that most bottles and/or containers of isopropyl alcohol do not have a flame arrestor, thereby creating a substantial risk of flame jetting when used with the fire pit.

25. On the evening of March 7, 2023, Elliott Britton Monroe and his wife decided to use the fire pit outside their home. He lit the fire pit using a bottle of isopropyl alcohol, as instructed and/or recommended by Defendants. They enjoyed the fire pit until it appeared as though the flame in the reservoir had extinguished. After waiting a reasonable amount of time, Elliott Britton Monroe went to re-light the fire pit with the same fuel. As he was in the process of re-fueling and/or attempting to re-fuel the fire pit, a flame suddenly and violently jetted out and/or flashed up, causing the bottle to blow out of his hands and causing his hands to be severely burned.

26. Elliott Britton Monroe has (1) suffered severe and permanent injuries and disfigurement in the past, and he will suffer those injuries and disfigurement into the future, (2) suffered physical pain, surgeries mental suffering, mental anguish, and fear, and he will suffer these maladies into the future, (3) incurred hospital, nursing, rehabilitation, and other medical expenses, and will incur these expenses in the future, and (4) has lost wages and earning capacity in the past and will incur said losses in the future.

27. Long before Elliott Britton Monroe was burned, Amazon undertook to provide a number of safety-related services for the benefit of individuals who purchase and use products purchased through its website. Amazon's goal in offering these services has been to fully vet the safety and reliability of not just the products being sold on Amazon's website, but also of the sellers. Amazon's affirmative representations of reliability and its sales-enhancing services were in place long before the fire pit owned by Elliott Britton Monroe was purchased, and they distinguished Amazon from other online marketplaces that acted as hands-off platforms. In other words, Amazon undertook to act as a marketplace gatekeeper and regulator. Amazon has undertaken and held that role during all times relevant to the burning of Elliott Britton Monroe.

28. Amazon provided extensive details on its undertaking in a post it made on its website in 2019 that stated, among other things, that (1) it invested over $400 million to protect it customers and built robust programs to ensure products offered are safe, compliant, and authentic; (2) it developed, and continuously refined and improved its tools to prevent suspicious, unsafe, or non-compliant products from being listed; (3) it required many products to be tested to relevant safety standards set by the CPSC; (4) it has a global team of compliance specialists that review submitted safety documentation; and (5) once a product is available, Amazon continuously scans its product listings and updates to find products that might present a concern.

29. Amazon also provides a number of ways for regulatory agencies, industry organizations, brands, customers, and customer service teams to report safety issues. Amazon has

-4-

represented to its customers that when it receives those reports, it moves quickly to protect customers, remove unsafe products from listing, and investigates. For example, if a customer reports a concern with a product, a customer service associate can instantly trigger an investigation.

30. Additionally, Amazon is able to trace and directly notify customers who purchased a particular product online and alert them to a potential safety issue. Amazon further represents that its systems are far more effective than other online and offline retailers and customers can feel confident they will have the information they need.

31. The contracts between Amazon and its merchants state that Amazon: (a) has the authority to format the product's listing on its online marketplace, which includes how a listing is displayed to consumers; (b) may reject products that Amazon determines are illegal, sexually explicit, defamatory, or obscene; and (c) will require merchants to communicate with their customers exclusively through Amazon's platform, which enables customers to provide user comment reviews on a product's web page listing.

32. Amazon also undertook unilateral action to remove dangerous products from the available listings and to warn consumers who purchased such products of the potential hazards they present. Amazon maintained these same kinds of control over the fire pit that burned Elliott Britton Monroe.

33. Prior to November 27, 2022, reviewers posted the following reviews of the fire pit at issue in this case on Amazon's website:





34. Based on this and other information, Amazon knew or should have known about the unreasonably dangerous nature of the fire pit before it was purchased by/for Elliott Britton Monroe and before it burned him, including any latent defects that made the fire pit prone to dangerous overheating, flame jetting, and ignited fuel spilling over, but it made the business decision to keep selling them anyway.

35. Amazon did nothing to mitigate the dangers presented by the subject fire pit. It did not: (a) properly vet Gusar, NIKL, Colsen, and the fictitious party defendants before listing their products on its website; (b) properly vet the fire pit before listing it on its website; (c) remove or bar the fire pit from its website; or (d) warn or otherwise notify Elliott Britton Monroe and other purchasers/beneficiaries about the unreasonably dangerous nature of the fire pit.

36. On October 17, 2024, Defendants recalled approximately 89,500 indoor/outdoor fire pits, including the rectangular tabletop fire pit owned by Elliott Britton Monroe, after the CPSC received thirty-one reports of flame jetting and flames escaping from the concrete containers, resulting in nineteen burn injuries. Two of the reported incidents resulted in third degree burns to more than 40% of the victims' bodies, and at least six incidents involved surgery, prolonged medical treatment, admission to burn treatment facilities, short-term disability, loss of function, physical therapy, or permanent disfigurement.

37. That same evening, the spouse of Elliott Britton Monroe received an email from Amazon informing her of the defective nature of the fire pit, including that it "may not meet current mandatory or voluntary safety standards." The email also stated that "[i]f you still have this product, we urge you to stop using it immediately and review the following notification for more details, including what you should do and where you can seek assistance."

<u>Count 1: AEMLD Claims</u>

38. Elliott Britton Monroe adopts the allegations in the paragraphs set forth above as if fully set out herein.

39. This count is brought against all Defendants under the Alabama common law, and specifically the Alabama Extended Manufacturers' Liability Doctrine.

40. Defendants, their predecessors, their successors, and their employees were engaged in the business of designing, manufacturing, assembling, testing, inspecting, marketing, distributing, and/or selling the fire pit throughout the U.S., including the State of Alabama, for profit. Defendants, their predecessors, their successors, and their employees designed, manufactured, assembled, tested, inspected, marketed, imported, distributed, and/or sold the fire pit that burned Elliott Britton Monroe.

41. At the time the fire pit burned Elliott Britton Monroe, there was no unforeseeable substantial change to the fire pit from the time it left the possession of Defendants, their predecessors, their successors, and their employees.

42. The fire pit was not reasonably safe when used in a foreseeable manner. To the contrary, it was in a defective and unreasonably dangerous condition to the human body when being so used.

First, it was defectively designed because it was designed to use isopropyl alcohol despite the dangers set forth above. The fire pit was not reasonably fit, suitable, or safe for its intended purpose and/or its foreseeable risks exceeded the benefits associated with its design and formulation. These risks could have been reduced or avoided, inter alia, by the adoption of a feasible reasonable alternative design. There were safer alternative designs for the fire pit, including that it is not fueled with isopropyl alcohol.

43. Second, the fire pit had defective warnings and instructions because the warnings and instructions accompanying the fire pit did not (1) describe flame jetting or its severe and potentially fatal consequences; (2) warn of the risk of flame jetting when refueling the fire pit; (3) warn that vapors from isopropyl alcohol are invisible and dangerous; (4) warn that isopropyl alcohol produces flames that can be invisible and/or not readily seen, making it hard and/or impossible to determine whether a flame is fully extinguished, thereby increasing the risk of flame jetting; (5) instruct and/or warn that fuel, including isopropyl alcohol, should only be poured into the fire pit from a bottle and/or container equipped with a flame arrestor; or (6) advise and/or warn that most bottles and/or containers of isopropyl alcohol do not have a flame arrestor, thereby creating a substantial risk of flame jetting when used with the fire pit.

44. Had the fire pit been properly designed and/or if it had been accompanied by adequate warnings and instructions Elliott Britton Monroe would not have been burned. The defective and unreasonably dangerous condition of the fire pit as set forth above was the direct and proximate cause of the injuries and damages of Elliott Britton Monroe set forth above. These injuries and damages would have been prevented if the fire pit had not been defective and unreasonably dangerous.

WHEREFORE, PREMISES CONSIDERED, Elliott Britton Monroe respectfully requests this Honorable Court to enter judgment in his favor and against Defendants. He requests an award of compensatory damages in an amount determined by a jury, together with interest, costs, and all other relief which may be just and proper.

### Count 2: Negligence Claims

45. Elliott Britton Monroe adopts the allegations in the paragraphs set forth above as if fully set out herein.

46. This count is brought against all Defendants pursuant to the Alabama common law tort of negligence.

47. Defendants, their predecessors, their successors, and their employees negligently designed, manufactured, tested, inspected, assembled, imported, marketed, distributed, and sold the fire pit for the reasons stated above. They knew, or in the exercise of reasonable care should have known, that the fire pit was defective and unreasonably dangerous. They also negligently failed to adequately warn users of the defects stated above and also negligently failed to adequately instruct users of the dangers stated above. They also acted negligently in other ways as set forth above, including by breaching their undertaken duties.

-7-

48. All of the foregoing negligent conduct of Defendants, their predecessors, their successors, and their employees was the direct and proximate cause of the injuries and damages of Elliott Britton Monroe as set forth above. These injuries and damages could have been prevented if they had acted with reasonable care.

49. Defendants are vicariously liable for the torts committed by their employees in the course and scope of their employment under the doctrine of respondeat superior.

WHEREFORE, PREMISES CONSIDERED, Elliott Britton Monroe respectfully requests this Honorable Court to enter judgment in his favor and against Defendants. He requests an award of compensatory damages in an amount determined by a jury, together with interest, costs, and all other relief which may be just and proper.

Count 3: Wantonness Claims

50. Elliott Britton Monroe adopts the allegations in the paragraphs set forth above as if fully set out herein.

51. This count is brought against all Defendants pursuant to the Alabama common law tort of wantonness.

52. Defendants, their predecessors, their successors, and their employees consciously performed acts set forth above -- including placing on the market a product they knew to be defective and unreasonably dangerous -- knowing that from doing the acts (or not doing the acts) that injury will likely or probably result to a purchaser of the fire pit or a bystander. Their conduct was intentional, wanton, reckless, malicious, and/or oppressive.

53. All of the foregoing wanton conduct of Defendants, their predecessors, their successors, and their employees was the direct and proximate cause of the injuries and damages of Elliott Britton Monroe as set forth above. These injuries and damages could have been prevented if Defendants, their predecessors, their successors, and their employees had not acted with wantonness.

54. Defendants are vicariously liable for the torts committed by their employees in the course and scope of their employment under the doctrine of respondeat superior.

WHEREFORE, PREMISES CONSIDERED, Elliott Britton Monroe respectfully requests this Honorable Court to enter judgment in his favor and against Defendants. He requests an award of compensatory and punitive damages in an amount determined by a jury, together with interest, costs, and all other relief which may be just and proper.

Count 4: Breach of Express Warranty Claims

55. Elliott Britton Monroe adopts the allegations in the paragraphs set forth above as if fully set out herein.

56. This count is brought against all Defendants pursuant to Ala. Code § 7-2-314.

-8-

57. Defendants were merchants of consumer goods, including the fire pit. At the time and place of sale, distribution and supply of the fire pit to Elliott Britton Monroe and/or his spouse, the fire pit was not merchantable, not reasonably fit and suitable for the purposes for which it was intended to be used, it was not free of defects, and it was not of merchantable quality.

58. The breach of warranty by Defendants was the direct and proximate cause of the injuries and damages of Elliott Britton Monroe as set forth above. These injuries and damages could have been prevented if Defendants had not breached their warranty.

WHEREFORE, PREMISES CONSIDERED, Elliott Britton Monroe respectfully requests this Honorable Court to enter judgment in his favor and against Defendants. He requests an award of compensatory damages in an amount determined by a jury, together with interest, costs, and all other relief which may be just and proper.

## Count 5: Successor Liability Claims

59. Elliott Britton Monroe adopts the allegations in the paragraphs set forth above as if fully set out herein.

60. One or more of the Defendants is the legal successor of one or more of the other Defendants, and, as such, it/they have succeeded to the liabilities of the others' tortious acts, including the liability for all claims stated in Counts 1, 2, 3, and 4 above.

WHEREFORE, PREMISES CONSIDERED, Elliott Britton Monroe requests a judgment in his favor (1) that holds Defendants liable to him for the judgments rendered against their predecessors and/or successors on Counts 1, 2, 3, and 4 above and (2) that holds them liable to him for the awards imposed on their predecessors and successors for the injuries and damages set-forth above in Counts 1, 2, 3, and 4 above.

## Jury Demand

61. Elliott Britton Monroe demands a trial by struck jury.

Respectfully submitted,

 /s/ Richard Riley
David Marsh | Richard Riley | Jane Mauzy
Attorneys for Elliott Britton Monroe

OF COUNSEL:
MARSH | RICKARD | BRYAN
2222 Arlington Avenue South; Suite 210
Birmingham, Alabama 35205
(205) 879-1981 | dmarsh@mrblaw.com
rriley@mrblaw.com | jmauzy@mrblaw.com

-9-

<u>Request for Service</u>

Elliott Britton Monroe respectfully requests that the Clerk immediately issue a summons for the following defendants for service to be had at the following addresses and that the Clerk (having been paid the appropriate fees for doing so) immediately serve the following defendants with a summons and a copy of the complaint by certified mail at the stated addresses:

COLSEN FIRE PITS L.L.C.
c/o Northwest Registered Agent L.L.C., its registered agent
7901 Fourth Street North; Suite 300
St. Petersburg, Florida 33702

GUSAR L.L.C.
c/o Gustavo Pantin, its registered agent
4777 Northwest Seventy-Second Avenue
Miami, Florida 33166

NIKL PARTNERS L.L.C.
c/o Northwest Registered Agent L.L.C., its registered agent
7901 Fourth Street North; Suite 300
St. Petersburg, Florida 33702

AMAZON.COM INC.
c/o Corporation Service Company, its registered agent
300 Deschutes Way S.W.; Suite 208 Mc-Csc1
Tumwater, Washington 98501

AMAZON PAYMENTS INC.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

AMAZON.COM SERVICES L.L.C.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

AMAZON.COM SALES INC.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

/s/ Richard Riley
Richard Riley

-10-

ELECTRONICALLY FILED
3/6/2025 2:56 PM
01-CV-2025-900866.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| ELLIOTT BRITTON MONROE | ) |
| | ) Jury Trial Demanded |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| GUSAR L.L.C. | ) |
| FIRE PITS L.L.C. | ) |
| NIKL PARTNERS L.L.C. | ) |
| AMAZON.COM INC. | ) |
| AMAZON PAYMENTS INC. | ) |
| AMAZON.COM SERVICES L.L.C. | ) |
| AMAZON.COM SALES INC. | ) |

No.1, whether singular or plural, the person or entity that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe

No.2, whether singular or plural, the person or entity that undertook to provide instructions and/or warnings for using said fire pit

No.3, whether singular or plural, the person or entity that undertook to test, inspect, or certify said fire pit

No.4, whether singular or plural, the person or entity that purchased (1) the product line of the fire pit that burned Elliott Britton Monroe and/or (2) any business that had previously purchased said product line

No.5, whether singular or plural, the person or entity that assumed the liabilities and/or was the successor of the business that designed, manufactured, assembled, sold, distributed, and/or marketed the fire pit that burned Elliott Britton Monroe

No.6, whether singular or plural, the person or entity that assumed the liabilities and/or was the successor of any of the named or fictitious party defendants

No.7, whether singular or plural, the person or entity that was the predecessor of any of the named or fictitious party defendants                    )
                                                                    )
                    Defendants                                        )

### PLAINTIFF'S FIRST CONSOLIDATED DISCOVERY TO DEFENDANTS

The interrogatories and requests for production in paragraphs 1 thru 7 are directed to all named defendants except the Amazon defendants:

1. Please state whether each of the defendants are properly identified in the complaint. If not, please state the proper and full legal name and spelling of said persons/entities.

2. Please provide the date of manufacture for the subject fire pit that burned Elliott Britton Monroe. Please provide a list of all entities in the stream of commerce for the subject fire pit from the date of manufacture to the day it was delivered to Amazon. If you only know part of the stream,

-1-

please state what you know.

3. Please provide a list of all entities that owned the product line for the fire pit made the basis of this suit from the date the fire pit product was first manufactured to the present. Please include dates of ownership of each.

4. Please provide a list of all persons or entities that are predecessors and successors of all named non-Amazon defendants, including dates said businesses were created, established, acquired, sold, merged, etc.

5. Please produce for inspection and copy all documents reflecting the purchase, transfer, acquisition, merger of all entities identified in paragraphs 2 thru 4 above from the date the fire pit was first manufactured to the present.

6. Do you contend that other persons and/or entities who owed or had permission to manufacture, market, distribute, or sell fire pits in this product line are at fault in causing the incident made the basis of this suit, and/or causing the injuries to Elliott Britton Monroe? If so, please state the names of the persons and/or entities, and the grounds for your contention.

7. Please produce any and all policies of liability insurance and/or indemnification contracts, including declaration pages, for any of the defendants for their conduct as alleged in the complaint. Please include any excess and/or all policies that may also be applicable. Please state whether a claim has been made by any of the defendants under any of the documents identified in paragraph 6 for the incident made the basis of this suit. If so, please state whether the insurer/indemnitor is honoring the claim, and, if not, whether a defense is being provided with reservation of rights and/or whether a declaratory judgment action has been filed.

All of these interrogatories and requests for production are directed to all Amazon defendants:

8. Please provide a list of all entities in the stream of commerce for the fire pit from the date it was delivered to Amazon to the date it was delivered to Elliott Britton Monroe and his wife.

9. Please identify the Amazon entity that sold the fire pit to Elliott Britton Monroe and/or his wife.

<div style="margin-left: 45%;">

Respectfully submitted,

 /s/ Richard Riley
David Marsh | Richard Riley | Jane Mauzy
Attorneys for Elliott Britton Monroe

</div>

OF COUNSEL:
MARSH | RICKARD | BRYAN
2222 Arlington Avenue South; Suite 210
Birmingham, Alabama 35205
(205) 879-1981 | dmarsh@mrblaw.com
rriley@mrblaw.com | jmauzy@mrblaw.com

-2-

Certificate of Filing and Service

Plaintiffs respectfully request the Clerk serve these defendants with this document by certified U.S. Mail with the summons and complaint as follows:

COLSEN FIRE PITS L.L.C.
c/o Northwest Registered Agent L.L.C., its registered agent
7901 Fourth Street North; Suite 300
St. Petersburg, Florida 33702

GUSAR L.L.C.
c/o Gustavo Pantin, its registered agent
4777 Northwest Seventy-Second Avenue
Miami, Florida 33166

NIKL PARTNERS L.L.C.
c/o Northwest Registered Agent L.L.C., its registered agent
7901 Fourth Street North; Suite 300
St. Petersburg, Florida 33702

AMAZON.COM INC.
c/o Corporation Service Company, its registered agent
300 Deschutes Way S.W.; Suite 208 Mc-Csc1
Tumwater, Washington 98501

AMAZON PAYMENTS INC.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

AMAZON.COM SERVICES L.L.C.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

AMAZON.COM SALES INC.
c/o Corporation Service Company Inc., its registered agent
641 South Lawrence Street
Montgomery, Alabama 36104

/s/ Richard Riley
Richard Riley

-3-



AlaFile E-Notice

01-CV-2025-900866.00

To:  RICHARD J. RILEY
     rriley@mrblaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:      3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  COLSEN FIRE PITS LLC
     C/O NA REG AGNT
     7901 FOURTH ST N, #300
     ST. PETERSBURG, FL, 33702

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:     3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  GUSAR LLC
C/O GUSTAVO PANTIN-REGAGT
4777 NW SEVENTY-SECOND AV
MIAMI, FL, 33166

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:     3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  NIKL PARTNERS LLC
C/O NW REG AGT
7901 FOURTH ST N #300
ST. PETERSBURG, FL, 33702

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:     3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  AMAZON.COM INC.
     C/O CORPORATION SVC CO
     300 DESCHUTES WAY SW #208
     TUMWATER, WA, 98501

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:     3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  AMAZON PAYMENTS INC
     C/O CORPORATION SVC CO
     641 SO LAWRENCE ST
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:       3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  AMAZON.COM SERVICES LLC
     C/O CORPORATION SVC CO
     641 SO LAWRENCE ST
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:      3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-900866.00

To:  AMAZON.COM SALES INC.
     C/O CORPORATION SVC CO
     641 SO LAWRENCE ST
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL
01-CV-2025-900866.00

The following complaint was FILED on 3/6/2025 2:56:51 PM

Notice Date:     3/6/2025 2:56:51 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

**NOTICE TO:** COLSEN FIRE PITS LLC, C/O NA REG AGNT 7901 FOURTH ST N, #300, ST. PETERSBURG, FL 33702

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

**NOTICE TO:** GUSAR LLC, C/O GUSTAVO PANTIN-REGAGT 4777 NW SEVENTY-SECOND AV, MIAMI, FL 33166

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to in County, Alabama on .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by in County, Alabama on who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL**

**NOTICE TO:** NIKL PARTNERS LLC, C/O NW REG AGT 7901 FOURTH ST N #300, ST. PETERSBURG, FL 33702

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to in County, Alabama on .

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by in County, Alabama on who is:

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*          *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*          *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL**

**NOTICE TO:** AMAZON.COM INC., C/O CORPORATION SVC CO 300 DESCHUTES WAY SW #208, TUMWATER, WA 98501

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE
*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RICHARD J. RILEY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to in County, Alabama on .
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by in County, Alabama on who is:
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

**NOTICE TO:** AMAZON PAYMENTS INC, C/O CORPORATION SVC CO 641 SO LAWRENCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205  .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on  .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

**NOTICE TO:** AMAZON.COM SERVICES LLC, C/O CORPORATION SVC CO 641 SO LAWRENCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                    .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

___ in ___ County, Alabama on ___ .

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

___ in ___ County, Alabama on ___ who is:

*(First and Last Name of Person Served)*      *(Name of County)*      *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*      *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*      *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-900866.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

**NOTICE TO:** AMAZON.COM SALES INC., C/O CORPORATION SVC CO 641 SO LAWRENCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD J. RILEY

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2222 Arlington Avenue South; Suite 210, BIRMINGHAM, AL 35205     .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

ELLIOTT BRITTON MONROE

*[Name(s)]*

| 03/06/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ RICHARD J. RILEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                                    .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*          *(Name of County)*                          *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*          *(Name of County)*                          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*          *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*          *(Telephone Number of Designated Process Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ELLIOTT BRITTON MONROE V. COLSEN FIRE PITS LLC ET AL

01-CV-2025-900866.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $78.82

Parties to be served by Certified Mail - Return Receipt Requested

COLSEN FIRE PITS LLC                                    Postage: $11.26
C/O NA REG AGNT
7901 FOURTH ST N, #300
ST. PETERSBURG, FL 33702

GUSAR LLC                                              Postage: $11.26
C/O GUSTAVO PANTIN-REGAGT
4777 NW SEVENTY-SECOND AV
MIAMI, FL 33166

NIKL PARTNERS LLC                                      Postage: $11.26
C/O NW REG AGT
7901 FOURTH ST N #300
ST. PETERSBURG, FL 33702

AMAZON.COM INC.                                        Postage: $11.26
C/O CORPORATION SVC CO
300 DESCHUTES WAY SW #208
TUMWATER, WA 98501

AMAZON PAYMENTS INC                                    Postage: $11.26
C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

AMAZON.COM SERVICES LLC                                Postage: $11.26
C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

AMAZON.COM SALES INC.

Postage: $11.26

C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

AMAZON.COM SALES INC.

C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COLSEN FIRE PITS LLC
C/O NA REG AGNT
7901 FOURTH ST N, #300
ST. PETERSBURG, FL 33702

9590 9402 9186 4225 8741 25

2. Article Number (Transfer from service label)

9589 0710 5270 2141 2175 04

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV- 25- 960866

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9589 0710 5270 2141 2175 04

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GUSAR LLC
C/O GUSTAVO PANTIN-REGAGT
4777 NW SEVENTY-SECOND AV
MIAMI, FL 33166

9590 9402 9186 4225 8741 18

2. Article Number (Transfer from service label)

9589 0710 5270 2141 2167 36

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

D2

CV-25-900868

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

9589 0710 5270 2141 2167 36

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

NIKL PARTNERS LLC
C/O NW REG AGT
7901 FOURTH ST N #300
ST. PETERSBURG, FL 33702

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9186 4225 8741 32

2. Article Number (Transfer from service label)

9589 0710 5270 2141 2167 43

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV-25-900866

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☒ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt



9589 0710 5270 2141 2167 43

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMAZON.COM INC.
C/O CORPORATION SVC CO
300 DESCHUTES WAY SW #208
TUMWATER, WA 98501

9590 9402 9186 4225 8741 63

2. Article Number *(Transfer from service label)*
9589 0710 5270 2141 2167 50

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

D 4

CV-25- 900866

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ......il
☐ ......il Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



9589 0710 5270 2141 2167 50

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMAZON PAYMENTS INC
C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

9590 9402 9186 4225 8741 49

9589 0710 5270 2141 2167 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

S/C DS

CV-25-906866

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMAZON.COM SERVICES LLC
C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

9590 9402 9186 4225 8741 56

2. Article Number (Transfer from

9589 0710 5270 2141 2167 74

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

D6

S/C  CV-25-900866

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

AMAZON.COM SALES INC.
C/O CORPORATION SVC CO
641 SO LAWRENCE ST
MONTGOMERY, AL 36104

9590 9402 9186 4225 8741 70

2. Article Number *(Transfer from service label)*

9589 0710 5270 2141 2167 81

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X                                    □ Agent
                                     □ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

D07

CV-25-900866

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Mail
□ Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt



9589 0710 5270 2141 2167 81

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt (hardcopy)        $
□ Return Receipt (electronic)      $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required         $
□ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions